**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6181**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MICHAEL HARRIOT, a/k/a Lanky, a/k/a Donovan Smith, a/k/a Richard Onyett, a/k/a Bernard Barber, a/k/a James D. Smith, a/k/a Michael Smith,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:99-cr-00341-MGL-3)

---

Submitted:  June 13, 2024                                        Decided:  June 18, 2024

---

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael Owen Harriot, Appellant Pro Se.  Elliott Bishop Daniels, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Michael Harriot appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *United States v. Harriot*, No. 3:99-cr-00341-MGL-3 (D.S.C. Feb. 12, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*